

1415 Marlton Pike (Route 70) East

Cherry Hill Plaza – Suite 205

Cherry Hill, NJ 08034

Phone (856) 795-9110

Toll Free (800) 529-3161

Fax 856-795-8641

www.cooperlevenson.com

**EDWARD A. CORMA**
Also Admitted to PA and DE Bar
EMAIL: ecorma@cooperlevenson.com

Direct Phone (856) 857-5550
Direct Fax (856) 857-5551

FILE NO. 62695/00002

November 15, 2021

The Honorable Jerrold N. Poslusny, Jr.
**VIA ECF**

Re:   **Griffin Signs, Inc., Case No. 15-29780-JNP**

Dear Judge Poslusny:

This firm represents the Trustee, Brian S. Thomas, in the above-referenced case. A Status Conference is scheduled for November 16, 2021 at 11:00 AM in the above-referenced matter.

An adversary proceeding by the Trustee against Crisdel Group, Inc. remains pending under adversary number 19-2020. On September 15, 2021, an Amended Joint Scheduling Order was entered. Pursuant to that Order, fact discovery is to be completed by December 23, 2021 and a trial date is set for March 10, 2022.

The parties are preparing to conduct mediation and are currently in the process of selecting a mediator. Counsel for both parties have been in contact with each other as recently as last week, and it is anticipated that a mediator will be selected in the next two to three weeks. If the matter is not resolved at mediation, the parties may seek to extend the discovery period if necessary.

We respectfully request that the Status Conference be adjourned 30 to 60 days. Your Honor's attention to this matter is sincerely appreciated.

Respectfully submitted,

/s/ Edward A. Corma
Edward A. Corma

EAC